UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELINO GOMEZ CLARA, | Case No.  1:26-cv-2067-TLN-JDP |
| Petitioner, | A# 240-174-385 |
| v. | **ORDER** |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.) Respondents filed objections on April 16, 2026, reasserting their position in opposition to the Petition for Writ of Habeas Corpus, and they were considered by the undersigned.  (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 10, 2026 (ECF No. 10) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondents are ENJOINED and RESTRAINED from continuing to detain Petitioner (A# 240-174-385) for more than **seven days** from the date of this Order without a bond hearing before a neutral fact-finder at which Respondents bear the burden to justify Petitioner's detention through a showing that Petitioner poses a danger to the community or a flight risk by clear and convincing evidence.  The fact-finder must also consider Petitioner's financial circumstances for bond and alternative conditions of release.  At any such hearing, Petitioner shall be allowed to have counsel present.  If Petitioner is not found to be a danger to society or flight risk, Respondents must immediately release Petitioner.  Respondents may impose any restrictions or conditions determined to be necessary by the neutral fact-finder at the hearing.

4. Within **five (5) days** from the date of the bond hearing, Respondents are ordered to file a status report confirming that the hearing occurred, the date of the hearing, and the outcome of the hearing,

5. If Petitioner is released, Respondents are further ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where Respondents shows material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future.  At any such hearing, Petitioner shall be allowed to have counsel present.

6. Petitioner's Motion to Amend (ECF No. 11) and Motion to Appoint Counsel (ECF No. 2) are DENIED as moot.

7. The Clerk of Court is directed to enter judgment for Petitioner and close this case.

//

//

//

2

IT IS SO ORDERED.

Date: April 22, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE